UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No. 12-08-ART-HAI-2 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Criminal No. 12-08-ART-HAI-3 |
| BEVERLY LOCKHART and THAD RAY MANNING, | ) ) ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on the Magistrate Judge's Report and Recommendation. R. 75. The deadline for filing any objections has passed, and no objections have been filed. *See* Fed. R. Crim. P. 59(b)(2). Accordingly, it is **ORDERED** that the Report and Recommendation, R. 75, is **ADOPTED** as the opinion of the Court.

This the 19th day of November, 2012.

Signed By:
*Amul R. Thapar* AT
United States District Judge